## JACKSON *v.* DIRECTOR OF PATUXENT INSTITUTION

[App. No. 27, September Term, 1965.]

*Decided October 15, 1965.*

Before PRESCOTT, C. J., and HAMMOND, HORNEY, MARBURY, OPPENHEIMER and BARNES, JJ.

PER CURIAM.

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Jones in the court below.

*Application denied.*